UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON TACOMA

JILL PAYNE,

    Plaintiff,

v.

PDX AROMATICS, an Oregon Limited Liability Company, d/b/a PHYTOEXTRACTUM,

    Defendant.

No. 2:23-cv-00552-KKE

**STIPULATED JUDGMENT OF DISMISSAL AND ORDER OF DISMISSAL**

The Parties through their undersigned attorneys having stipulated to the dismissal with prejudice of all claims and counterclaims in this action based on the Parties' settlement and compromise,

IT IS HEREBY ADJUDGED that this matter is dismissed with prejudice and without award of costs or attorney's fees to any party.

| | |
|---|---|
| /s/ Ronald Webster | 1/10/24 |
| Ronald Webster, WSBA #36097 | DATE |
| Attorney for Defendant | |

| | |
|---|---|
| /s/ William Marler | 1/10/24 |
| William D. Marler, WSBA #17233 | DATE |
| Attorney for Plaintiff | |

**STIPULATED JUDGMENT OF DISMISSAL AND ORDER OF DISMISSAL- 1**

Law Offices of Kathryn Reynolds Morton
Employees of Liberty Mutual Group, Inc.
P.O. Box 7218
London, KY 40742-7218
503-736-7420/FAX (800) 972-3206

ORDER

THIS MATTER having come before the Court by stipulation and order of the parties:

IT IS HEREBY Ordered that Plaintiff Jill Payne's claim against Defendant PDX Aromatics, an Oregon Limited Liability Company, d/b/a Phytoextractum be dismissed with prejudice and without costs to any party.

Dated January 17th, 2024

_____
Kymberly K. Evanson
United States District Judge

**STIPULATED JUDGMENT OF DISMISSAL AND ORDER OF DISMISSAL- 2**

Law Offices of Kathryn Reynolds Morton
Employees of Liberty Mutual Group, Inc.
P.O. Box 7218
London, KY 40742-7218
503-736-7420/FAX (800) 972-3206